Entered: March 7th, 2025
Signed: March 7th, 2025

**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **23–11724 – MMH**    Chapter: **13**

**Carlee Parks**
Debtor

## ORDER VACATING
## ORDER IMPROVIDENTLY ENTERED

It appearing that an Order entitled Order Granting Motion For Annulment of Stay was improvidently entered on March 7, 2025, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the aforesaid Order hereby is vacated.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Case Trustee – Brian A. Tucci
      All Other Parties Served with Vacated Order

**End of Order**

40x03 (rev. 12/30/2008) – LisaLAAlexander