Entered: March 17th, 2025
Signed: March 11th, 2025

**SO ORDERED**

No opposition filed. Relief below based, in part, on review of docket in this case.



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| CARLEE PARKS | * | CASE NO.: 23-11724 |
| Debtor | * | Chapter 13 |
| * * * * * * * | | |
| DEPARTED LLC | * | |
| Movant | * | |
| * * * * * * * * * * * * * | | |

### AMENDED ORDER GRANTING
### MOTION FOR ANNULMENT OF AUTOMATIC STAY

Upon consideration of the Motion for Annulment of Automatic Stay,

ORDERED, that the Automatic Stay of 11 U.S.C. Sec. 362 be and hereby is ANNULLED as of March 14, 2023, to permit DEPARTED LLC, holder of the tax sale Decree / Judgment Foreclosing Right of Redemption for the property known as 625 N. Bouldin Street, Baltimore, Maryland, 21205 (Block 6153, Lot 039), and described in the Motion for Annulment of Automatic Stay, to exercise any and all rights pertaining thereto.

Cc:

Carlee Parks
2721 Hamlin St, NE
Washington, DC 20018

Carlee Parks
3420 Alto Rd
Baltimore, MD 21216

Carlee Parks
623 N. Clinton St
Baltimore, MD 21205

Carlee Parks
625 N. Bouldin St
Baltimore, MD 21205

Carlee Parks
4108 Reisterstown Rd
Baltimore, MD 21215

Carlee Parks
1640 Cliftview Ave
Baltimore, MD 21213

Carlee Parks
5724 Bondsor Ln
Richmond, VA 23225

Brian A. Tucci
Brian A. Tucci, Chapter 13 Trustee
P.O. Box 1110
Millersville, MD 21108
410-825-5923
410-825-5904(fax)
Email: ECF@ch13balt.com
(*Trustee*)

**End of Order**